UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

**In re:**   CASE NO.: 3:18-bk-01164-JAF
   CHAPTER 11
**EIHAB H. TAWFIK, M.D., P.A.,**

   **Debtor.**
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

EIHAB H. TAWFIK, M.D., P.A., ("Debtor"), by and through its undersigned counsel, and pursuant to Administrative Order FLMB 2009-1 and Local Rule 2081-1, files its Chapter 11 Case Management Summary, and states as follows:

**I.   DESCRIPTION OF DEBTOR'S BUSINESS**

1. Debtor owns and operates medical clinics in five locations in the Central Florida area. Those locations are Crystal River (2 locations), Celebration, Ocala, and Spring Hill. The clinics provide the Debtor's patients with services including, but not limited to, internal medicine, urgent care, cardiology, diabetes treatment, podiatry, full imaging services and pain management. The Debtor's business and revenue is generated from claims submitted to Medicare (60% of revenue), Medicaid (30% of revenue) and private insurance (10%).

**II.   EVENTS LEADING TO AND REASONS FOR FILING**

2. In order to fund its operations, the Debtor took out secured loans from various creditors to purchase certain medical equipment and machinery. The Debtor also guaranteed various obligations related to the purchase of real estate owned by its affiliated companies. In 2017, Medicare challenged the billing codes entered by the Debtor related to claims submitted

1

for the prior few years. As a result, Medicare began offsetting the claims that the Debtor was attempting to process through Medicare from late 2017 through the Petition Date. This setoff had a significant impact on the Debtor's revenue stream, cutting it by as much as 60%.

3. As a direct result, the Debtor became delinquent with its secured and unsecured lenders. These lenders subsequently filed various lawsuits against the Debtor and other non-debtor entities and individuals. In one such lawsuit, Central Bank obtained a replevin order allowing Central Bank to begin the process of taking possession of Debtor's medical equipment, which also served as collateral to Central Bank's $2,600,000.00 loans. Because Debtor could not operate without its medical equipment, Debtor filed the instant Chapter 11 Bankruptcy Case to preserve the going concern value of its operations for the benefit of its estate and creditors.

### III. LIST OF SHAREHOLDERS AND THEIR SALARIES AND BENEFITS AT THE TIME OF FILING AND DURING ONE YEAR PRIOR TO FILING

4. Dr. Eihab H. Tawfik is the sole shareholder of the Debtor. Dr. Tawfik is also the sole director and officer of the Debtor. Prior to the Petition Date, Dr. Tawfik took a salary in the amount of $120,000.00 annually, receiving approximately $105,000.00 in the year prior to the Petition Date. Rafik Tawfik, Dr. Tawfik's brother, serves in an unofficial financial role for the Debtor with a salary in the amount of $25,000.00 annually, receiving $18,000.00 in the year prior to the Petition Date. Nabeha Kamel, Dr. Tawfik's mother, serves as a floor manager and patient advocate for the Debtor. Ms. Kamel is paid $15 dollars an hour for her services.

## IV. DEBTOR'S ANNUAL GROSS REVENUE

5. Debtor's gross income for the fiscal year 2017 was approximately $7,100,000 from all sources of income and year to date 2018 income was $710,000.00.

## V. AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

6. a. <u>Obligations owed to priority creditors such as governmental creditors for taxes</u>.

The Debtor does not believe that any allowed priority tax claimholders are, or will be owed any amount as of the Petition Date.

b. <u>Identity, collateral, and amounts owed to secured creditors</u>.

The Debtor owes Central Bank approximately $2,600,000.00 and is secured by substantially all of the Debtor's personal property and certain medical equipment.

c. <u>Amount of unsecured claims</u>. As of the Petition Date, the Debtor was indebted to non-disputed unsecured creditors in the approximate amount of $6,000,000.00.

## VI. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS

7. The Debtor's assets include approximately $40,000 of funds in bank accounts, $1,650,000.00 owed in accounts receivable from Medicare, personal property with an approximate value of $4,000,000.00 comprised of medical equipment and machinery, medical inventory, furniture, and fixtures.

## VII. NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE

8. The Debtor employs thirty-one (31) W-2 employees. As of the Petition Date, the Debtor owes them approximately $49,000.00.

## VIII. ANTICIPATED EMERGENCY RELIEF TO BE REQUESTED WITHIN 14 DAYS FROM THE PETITION DATE

9. Emergency Motion to Use Cash Collateral.

10. Emergency Motion to Pay Affiliate Officer Salary.

11. Emergency Motion to Pay Employee Prepetition Wages.

12. Verified Motion to Excuse Debtor from Appointment of Patient Care Ombudsman (non-emergency).

## IX. DEBTOR'S STRATEGIC OBJECTIVES

13. The Debtor plans to resolve its long pending dispute with Medicare which will provide the revenue the Debtor needs to reorganize its secured and unsecured debts for the benefit of all creditors and its estate.

**RESPECTFULLY SUBMITTED** this 12th day of April 2018.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0984469
jluna@lseblaw.com
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
Dvelasquez@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
bknotice@lseblaw.com
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                              CASE NO.: 3:18-bk-01164-JAF
                                                                    CHAPTER 11
EIHAB H. TAWFIK, M.D., P.A.,

        Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Debtor's **CASE MANAGEMENT SUMMARY** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **Eihab H. Tawfik, M.D., P.A.**, c/o Eihab H. Tawfik, 7394 West Gulf to Lake Highway, Crystal River, Florida 34429; Central Bank, c/o Megan W. Murray, Esq., 101 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602; all creditors as shown on the matrix attached hereto, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 12th day of April 2018.

                                                  /s/ Justin M. Luna
                                                  Justin M. Luna, Esq.

```
Label Matrix for local noticing        Central Bank                           Eihab H. Tawfik, M.D., P.A.
113A-3                                 c/o Trenam Law                         7394 West Gulf to Lake Highway
Case 3:18-bk-01164-JAF                 Megan W. Murray                        Crystal River, FL 34429-7802
Middle District of Florida             101 E Kennedy Boulevard, #2700
Jacksonville                           Tampa, FL 33602-5150
Thu Apr 12 14:22:59 EDT 2018

IBERIABANK                             Alyouzbaki Tawfik                      Balboa Capital Corp.
c/o Michael S. Waskiewicz, Esq.        c/o Joseph C. Crawford, Esq.           575 Anton Blvd., 12th Floor
Burr & Forman LLP                      50 N Laura St, Ste 2600                Costa Mesa, CA 92626-7169
50 N. Laura Street, Suite 3000         Jacksonville, FL 32202-3629
Jacksonville, FL 32202-3658

Baytree Nat. Bank & Trust Co           Burr & Foreman, LLP                    CAPALL, LLC
664 N Western Ave.                     Attn: Michael S. Waskiewicz            122 East 42nd St., Ste. 2112
Laek Forest, IL 60045-1951             50 North Laura St., Ste 3000           New York, NY 10168-2100
                                       Jacksonville, FL 32202-3658

CCM Capital Collection Mgmt            CHTD Company                           CT Corporation System
115 Solar Street, Suite 100            PO Box 2576                            Attn: SPRS
Syracuse, NY 13204-5407                Springfield, IL 62708-2576             330 N. Brand Blvd, Ste 700
                                                                              Glendale, CA 91203-2336

CT Lien Solutions                      Cassidy Abbott Orr                     Central Bank
PO Box 29071                           c/o Jay P. Lechner, Esq.               20701 Bruce B. Downs Blvd
Glendale, CA 91209-9071                One Progress Plaza                     Tampa, FL 33647-3676
                                       200 Central Ave., #400
                                       St. Petersburg, FL 33701-4356

Central Bank                           Citrus County Tax Collector            Citrus Diabetes Treatment
c/o Megan W. Murray, Esq.              210 N. Apopka Ave Ste 100              Center, LLC
101 E Kennedy Blvd, Ste 1700           Inverness FL 34450-4298                7394 W. Gulf to Lake Hwy
Tampa, FL 33602-3647                                                          Crystal River, FL 34429-7802

Citrus Diabetes Treatment              Colonial Funding Network               Complete Business Solutions
Center, LLC                            120 West 45th Street                   22 North 3rd Street
7450 W. Gulf to Lake Hwy               New York, NY 10036-4195                Philadelphia, PA 19106-2113
Crystal River, FL 34429

Corporation Service Co.                Corporation Service Co.                Creekridge Capital, LLC
801 Adlia Stevenson Dr                 PO Box 2576                            7808 Creekridge Cir. Ste 250
Springfield, IL 62703-4261             Springfield, IL 62708-2576             Edina, MN 55439-2647

DLI Assets Bravo, LLC                  Danco Medical, Inc.                    Dr. Eihab H. Tawfik, MD
550 N. Brand Blvd. Ste. 2000           c/o Ashley H. Lukis, Esq.              7394 West Gulf to Lake Highway
Glendale, CA 91203-1935                PO Box 11189                           Crystal River, FL 34429-7802
                                       Tallahassee, FL 32302-3189

ELM Services                           First Coast Service Options            First Corporation Solutions
PO Box 15270                           Medicare Part B Overpayment            914 S. Street
Irvine, CA 92623-5270                  PO Box 45248                           Sacramento, CA 95811-7025
                                       Jacksonville, FL 32232-5248
```

| | | |
|---|---|---|
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Fred E. Moore, Esq.<br>801 11th Street West<br>Bradenton, FL 34205-8432 | GE Healthcare<br>c/o Richard P. Joblove, Esq.<br>12372 Southwest 82nd Ave.<br>First Floor<br>Miami, FL 33156-5223 |
| Gurley Vitale, P.A.<br>Attn: J. Ben Vitale, Esq.<br>601 S. Osprey Ave.<br>Sarasota, FL 34236-7526 | Huntington Tech. Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | IberiaBank<br>PO Box 53207<br>Lafayette, LA 70505-3207 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Key Equipment Finance Inc.<br>1000 South McCaslin Blvd.<br>Superior, CO 80027-9441 | LiftForward, Inc.<br>c/o LF Collateral SPV I, LLC<br>180 Maiden Lane, 10th Floor<br>New York, NY 10038-5178 |
| Lysoft Media<br>c/o Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Macquarie Equipment Finance<br>2285 Franklin Rd., Ste. 100<br>Bloomfield Hills, MI 48302-0363 | McKesson Corporation<br>401 Mason Road<br>La Vergne, TN 37086-3243 |
| Medicare Part B Cash Mgmt<br>c/o First Coast Srvc Options<br>PO Box 44141<br>Jacksonville, FL 32231-4141 | Merchant Cash & Capital LLC<br>450 Park Ave. S., 11th Floor<br>New York, NY 10016-7320 | National Radiology Sol Group<br>101 Alycia Drive<br>Richmond, KY 40475-2368 |
| Navitas Credit Corp.<br>P.O. Box 935204<br>Atlanta, GA 31193-5204 | Navitas Lease Corp. ISAOA<br>111 Executive Dr., Ste. 102<br>Columbia, SC 29210-8414 | Nicole Richardson<br>c/o Matthew W. Birk, Esq.<br>309 NE 1st Street<br>Gainesville, FL 32601-5310 |
| Pamela Rizzo-Alderson<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., Ste. 400<br>St. Petersburg, FL 33701-4356 | Quarterspot Inc.<br>4601 N Fairfax Dr, Ste 1120<br>Arlington, VA 22203-1547 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Secured Lender Solutions LLC<br>PO Box 2576<br>Springfield, IL 62708-2576 | Stress Free Capital, LLC<br>2501 Hollywood Blvd, Ste 210<br>Hollywood, FL 33020-6632 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| US Dept of Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | US Dept of Treasury<br>PO Box 979101<br>St. Louis, MO 63197-9000 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Vangaurd Medical Mgmt LLC<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Yellowstone Capital, LLC<br>30 Broad Street<br>14th Floor, Ste. 1462<br>New York, NY 10004-2304 | Yes Funding Services, LLC<br>c/o Douglas Robinson, Esq.<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Michael S Waskiewicz +
Burr & Forman, LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Megan Wilson Murray +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)IBERIABANK
c/o Michael S. Waskiewicz, Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    64
Bypassed recipients     3
Total                  67