UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

EIHAB H. TAWFIK, M.D., P.A.,

Debtor.

_____/

CASE NO.: 3:18-bk-01164-JAF
CHAPTER 11

Emergency Hearing Requested on or before
Friday, April 13, 2018

### DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGE CLAIMS AND REQUEST FOR EMERGENCY PRELIMINARY HEARING

**EIHAB H. TAWFIK, M.D., P.A.,** a Florida professional association (the "Debtor"), by and through its undersigned counsel, moves pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a) and Local Rule 2081(f)(3) for authority to pay prepetition wages to its employees (the "Motion"), and requests an emergency preliminary **hearing on or before April 13, 2018** to consider the relief requested herein. In support of the Motion, Debtor states as follows:

### Description of the Debtor's Business and Employees

1.     On April 11, 2018 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code ("Code"). No trustee has been appointed and the Debtor continues to operate its business and manage its property as a debtor-in-possession under §§ 1107 and 1108 of the Code.

2.     The factual background relating to the Debtor, including its current and historical business operations and the events precipitating its chapter 11 filing, is set forth in detail in Debtor's Case Management Summary, filed concurrently with this Motion and incorporated herein by reference.

1

3.     The Debtor has continued in possession of its property and has continued to operate and manage its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4.     As of the Petition Date, the Debtor employs (31) salaried employees (the "Employees"), which includes Eihab H. Tawfik (Director/President and 100.00% shareholder). The Employees perform a variety of functions in the areas of medical care, management, accounting and billing for the Debtor's medical practice.

5.     The Employees are paid their bi-weekly salary for services performed during the prior two-week period.

## Relief Requested

6.     Debtor seeks authorization to pay the Employees' wages for the pre-petition period from March 25, 2018 through April 7, 2018, which are scheduled to be paid on April 13, 2018 (the "April 13 Pay Period"), and the wages for three-day prepetition period of April 8, 2018 through April 10, 2018 (the "April 27 Pay Period"), which are scheduled to be paid in the ordinary course of business on April 27, 2018 (collectively referred to herein as the "Prepetition Pay Periods").

7.     It is essential that the Debtor obtain authorization to pay the wages earned by the Employees during the Prepetition Pay Periods (the "Prepetition Wages") to maintain the continuity of the Debtor's business and to preserve the morale of its employees, which are vital to the operation of the Debtor's business. If the Debtor is not permitted to pay the Employees their compensation due as of the Petition Date, Employees will not receive payment for services already performed, which would irreparably harm the Employees' morale at the time their

2

services are most needed by the Debtor. As such, without the requested relief, Debtor's reorganization would be substantially jeopardized. Moreover, Debtor's payment of the prepetition wage claims in the ordinary course of business will not prejudice its general unsecured creditors or materially affect the Debtor's estate as these claims are entitled to priority under sections 507(a)(4) and 507(a)(8)(D) of the Bankruptcy Code and must be paid ahead of general unsecured claims.

8.      For the Prepetition Pay Periods, the Debtor will owe Employees approximately $40,782.81 for the April 13 Pay Period (gross amount including state and federal withholding taxes), and an estimated $8,739.17 for the April 27, 2018 Pay Period (estimated amount based on the payroll report for the April 13 Period). *See* Payroll Report attached hereto as **Exhibit A**. The Prepetition Wages include approximately $7,606.97 in Social Security, Medicare, and State and Federal income tax withholding.

9.      For the Prepetition Pay Period, no Employee is scheduled to receive compensation in excess of $12,850.00, the limit set forth in 11 U.S.C. § 507(a)(4).

10.     It is in the best interests of the creditors that the requested payments be authorized. The Debtor's chances of reorganization depend heavily upon the Employees' continued services, and creditors will fair significantly worse if the Debtor is unable to successfully reorganize. Accordingly, the Debtor requests authorization to pay the prepetition wages owed to the Employees when such compensation becomes due in the ordinary course of business.

**WHEREFORE**, the Debtor respectfully requests this Court (i) set an emergency hearing on this Motion **on or before April 13, 2018,** (ii) grant the Motion and authorize the Debtor to

pay the Prepetition Wages of its Employees when such become due in the ordinary course of business, (iii) and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 12th day of April, 2018.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for Debtor*

4

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

**EIHAB H. TAWFIK, M.D., P.A.,**

   Debtor.

_____/

CASE NO.: 3:18-bk-01164-JAF
CHAPTER 11

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true copy of the Debtor's **DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGE CLAIMS AND REQUEST FOR EMERGENCY PRELIMINARY HEARING** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **Eihab H. Tawfik, M.D., P.A.,** c/o Eihab H. Tawfik, 7394 West Gulf to Lake Highway, Crystal River, Florida 34429; Central Bank, c/o Megan W. Murray, Esq., 101 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602; all creditors as shown on the matrix attached hereto, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 12th day of April 2018.

       /s/ Justin M. Luna_____
       Justin M. Luna, Esq.

Label Matrix for local noticing
113A-3
Case 3:18-bk-01164-JAF
Middle District of Florida
Jacksonville
Thu Apr 12 14:20:42 EDT 2018

Central Bank
c/o Trenam Law
Megan W. Murray
101 E Kennedy Boulevard, #2700
Tampa, FL 33602-5150

Eihab H. Tawfik, M.D., P.A.
7394 West Gulf to Lake Highway
Crystal River, FL 34429-7802

IBERIABANK
c/o Michael S. Waskiewicz, Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Alyouzbaki Tawfik
c/o Joseph C. Crawford, Esq.
50 N Laura St, Ste 2600
Jacksonville, FL 32202-3629

Balboa Capital Corp.
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626-7169

Baytree Nat. Bank & Trust Co
664 N Western Ave.
Laek Forest, IL 60045-1951

Burr & Foreman, LLP
Attn:  Michael S. Waskiewicz
50 North Laura St., Ste 3000
Jacksonville, FL 32202-3658

CAPALL, LLC
122 East 42nd St., Ste. 2112
New York, NY 10168-2100

CCM Capital Collection Mgmt
115 Solar Street, Suite 100
Syracuse, NY 13204-5407

CHTD Company
PO Box 2576
Springfield, IL 62708-2576

CT Corporation System
Attn:  SPRS
330 N. Brand Blvd, Ste 700
Glendale, CA 91203-2336

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Cassidy Abbott Orr
c/o Jay P. Lechner, Esq.
One Progress Plaza
200 Central Ave., #400
St. Petersburg, FL 33701-4356

Central Bank
20701 Bruce B. Downs Blvd
Tampa, FL 33647-3676

Central Bank
c/o Megan W. Murray, Esq.
101 E Kennedy Blvd, Ste 1700
Tampa, FL 33602-3647

Citrus County Tax Collector
210 N. Apopka Ave Ste 100
Inverness FL 34450-4298

Citrus Diabetes Treatment
Center, LLC
7394 W. Gulf to Lake Hwy
Crystal River, FL 34429-7802

Citrus Diabetes Treatment
Center, LLC
7450 W. Gulf to Lake Hwy
Crystal River, FL 34429

Colonial Funding Network
120 West 45th Street
New York, NY 10036-4195

Complete Business Solutions
22 North 3rd Street
Philadelphia, PA 19106-2113

Corporation Service Co.
801 Adlia Stevenson Dr
Springfield, IL 62703-4261

Corporation Service Co.
PO Box 2576
Springfield, IL 62708-2576

Creekridge Capital, LLC
7808 Creekridge Cir. Ste 250
Edina, MN 55439-2647

DLI Assets Bravo, LLC
550 N. Brand Blvd. Ste. 2000
Glendale, CA 91203-1935

Danco Medical, Inc.
c/o Ashley H. Lukis, Esq.
PO Box 11189
Tallahassee, FL 32302-3189

Dr. Eihab H. Tawfik, MD
7394 West Gulf to Lake Highway
Crystal River, FL 34429-7802

ELM Services
PO Box 15270
Irvine, CA 92623-5270

First Coast Service Options
Medicare Part B Overpayment
PO Box 45248
Jacksonville, FL 32232-5248

First Corporation Solutions
914 S. Street
Sacramento, CA 95811-7025

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Fred E. Moore, Esq.
801 11th Street West
Bradenton, FL 34205-8432

GE Healthcare
c/o Richard P. Joblove, Esq.
12372 Southwest 82nd Ave.
First Floor
Miami, FL 33156-5223

Gurley Vitale, P.A.
Attn: J. Ben Vitale, Esq.
601 S. Osprey Ave.
Sarasota, FL 34236-7526

Huntington Tech. Finance
2285 Franklin Road
Bloomfield Hills, MI 48302-0364

IberiaBank
PO Box 53207
Lafayette, LA 70505-3207

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Key Equipment Finance Inc.
1000 South McCaslin Blvd.
Superior, CO 80027-9441

LiftForward, Inc.
c/o LF Collateral SPV I, LLC
180 Maiden Lane, 10th Floor
New York, NY 10038-5178

Lysoft Media
c/o Colonial Funding Network
120 West 45th Street
New York, NY 10036-4195

Macquarie Equipment Finance
2285 Franklin Rd., Ste. 100
Bloomfield Hills, MI 48302-0363

McKesson Corporation
401 Mason Road
La Vergne, TN 37086-3243

Medicare Part B Cash Mgmt
c/o First Coast Srvc Options
PO Box 44141
Jacksonville, FL 32231-4141

Merchant Cash & Capital LLC
450 Park Ave. S., 11th Floor
New York, NY 10016-7320

National Radiology Sol Group
101 Alycia Drive
Richmond, KY 40475-2368

Navitas Credit Corp.
P.O. Box 935204
Atlanta, GA 31193-5204

Navitas Lease Corp. ISAOA
111 Executive Dr., Ste. 102
Columbia, SC 29210-8414

Nicole Richardson
c/o Matthew W. Birk, Esq.
309 NE 1st Street
Gainesville, FL 32601-5310

Pamela Rizzo-Alderson
c/o Jay P. Lechner, Esq.
One Progress Plaza
200 Central Ave., Ste. 400
St. Petersburg, FL 33701-4356

Quarterspot Inc.
4601 N Fairfax Dr, Ste 1120
Arlington, VA 22203-1547

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Secured Lender Solutions LLC
PO Box 2576
Springfield, IL 62708-2576

Stress Free Capital, LLC
2501 Hollywood Blvd, Ste 210
Hollywood, FL 33020-6632

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

US Dept of Treasury
Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794

US Dept of Treasury
PO Box 979101
St. Louis, MO 63197-9000

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Vangaurd Medical Mgmt LLC
c/o Jay P. Lechner, Esq.
One Progress Plaza
200 Central Ave., #400
St. Petersburg, FL 33701-4356

Yellowstone Capital, LLC
30 Broad Street
14th Floor, Ste. 1462
New York, NY 10004-2304

Yes Funding Services, LLC
c/o Douglas Robinson, Esq.
122 East 42nd St., Ste. 2112
New York, NY 10168-2100

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Michael S Waskiewicz +
Burr & Forman, LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Megan Wilson Murray +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Jerry A. Funk
Jacksonville

(d)IBERIABANK
c/o Michael S. Waskiewicz, Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case


End of Label Matrix
Mailable recipients     64
Bypassed recipients      3
Total                   67

EIHAB H TAWFIK, M.D., P.A.

## PAYDAY TIMECARD SUMMARY

Company EIN: 20-3325340     Timecard Period: 03/11/2018-03/24/2018(03/30/2018)     Employee: ALL     Sort By: SSN

| Employee | | Earnings | | | | Tax Deductions | | | | Voluntary Deductions | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Employee | | | | Employee | | Company | | | Employee | | Company | |
| | Type | CP | YTD | Type | | CP | YTD | CP | YTD | Type | CP | YTD | CP | YTD |
| ***-**-0135 | SALARY | 528.00 | 1144.00 | FEDERAL WH | | 0.00 | 0.00 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 528.00 | 1144.00 | SOC SEC | | 32.74 | 70.93 | 32.74 | 70.93 | | | | | |
| | | | | MEDICARE | | 7.66 | 16.59 | 7.66 | 16.59 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 3.17 | 6.87 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 14.29 | 30.89 | | | | | |
| | | | | TOTAL | | 40.40 | 87.52 | 57.83 | 125.28 | | | | | |
| ***-**-0266 | SALARY | 4038.46 | 8079.92 | FEDERAL WH | | 715.45 | 1430.90 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 4038.46 | 8079.92 | SOC SEC | | 250.38 | 500.76 | 250.38 | 500.76 | | | | | |
| | | | | MEDICARE | | 58.56 | 117.12 | 58.56 | 117.12 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 17.77 | 42.00 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 79.96 | 186.00 | | | | | |
| | | | | TOTAL | | 1024.39 | 2048.78 | 406.67 | 845.88 | | | | | |
| ***-**-0622 | SALARY | 2307.84 | 4615.68 | FEDERAL WH | | 214.91 | 429.82 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 2307.84 | 4615.68 | SOC SEC | | 143.09 | 286.18 | 143.09 | 286.18 | | | | | |
| | | | | MEDICARE | | 33.46 | 66.92 | 33.46 | 66.92 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 13.85 | 27.70 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 62.31 | 124.62 | | | | | |
| | | | | TOTAL | | 391.46 | 782.92 | 252.71 | 505.42 | | | | | |
| ***-**-1844 | SALARY | 1369.80 | 2218.04 | FEDERAL WH | | 140.00 | 217.53 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1369.80 | 2218.04 | SOC SEC | | 84.93 | 137.58 | 84.93 | 137.58 | | | | | |
| | | | | MEDICARE | | 19.86 | 32.17 | 19.86 | 32.17 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 8.22 | 13.32 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 36.96 | 59.91 | | | | | |
| | | | | TOTAL | | 244.79 | 387.28 | 149.99 | 242.98 | | | | | |
| ***-**-2187 | SALARY | 1280.00 | 2560.00 | FEDERAL WH | | 129.22 | 258.44 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1280.00 | 2560.00 | SOC SEC | | 79.36 | 158.72 | 79.36 | 158.72 | | | | | |
| | | | | MEDICARE | | 18.56 | 37.12 | 18.56 | 37.12 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 7.68 | 15.36 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 34.56 | 69.12 | | | | | |
| | | | | TOTAL | | 227.14 | 454.28 | 140.16 | 280.32 | | | | | |
| ***-**-2191 | SALARY | 539.88 | 1232.88 | FEDERAL WH | | 40.41 | 99.19 | 0.00 | 0.00 | ADVANCE | 150.00 | 150.00 | 0.00 | 0.00 |
| | TOTAL | 539.88 | 1232.88 | SOC SEC | | 33.47 | 76.44 | 33.47 | 76.44 | TOTAL | 150.00 | 150.00 | 0.00 | 0.00 |
| | | | | MEDICARE | | 7.83 | 17.88 | 7.83 | 17.88 | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 3.24 | 7.40 | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 14.58 | 33.28 | | | | | |
| | | | | TOTAL | | 81.71 | 193.51 | 59.12 | 135.01 | | | | | |

## EXHIBIT "A"

# PAYDAY TIMECARD SUMMARY

EIHAB H TAWFIK, M.D., P.A.

Company EIN: 20-3325340    Timecard Period: 03/11/2018-03/24/2018(03/30/2018)    Employee: ALL    Sort By: SSN

| Employee | Type | Employee Earnings CP | YTD | Tax Deductions Type | Employee CP | Employee YTD | Company CP | Company YTD | Voluntary Deductions Type | Employee CP | Employee YTD | Company CP | Company YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***-**-2349 | SALARY | 515.76 | 1526.00 | FEDERAL WH | 37.51 | 134.38 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 515.76 | 1526.00 | SOC SEC | 31.98 | 94.61 | 31.98 | 94.61 | | | | | |
| | | | | MEDICARE | 7.48 | 22.13 | 7.48 | 22.13 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 3.09 | 9.15 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 13.93 | 41.21 | | | | | |
| | | | | TOTAL | 76.97 | 251.10 | 56.48 | 167.10 | | | | | |
| ***-**-2481 | SALARY | 525.01 | 1944.01 | FEDERAL WH | 74.98 | 201.96 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 525.01 | 1944.01 | SOC SEC | 51.34 | 129.54 | 51.34 | 129.54 | | | | | |
| | | | | MEDICARE | 12.01 | 30.30 | 12.01 | 30.30 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 4.97 | 12.54 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 22.38 | 58.42 | | | | | |
| | | | | TOTAL | 138.33 | 361.80 | 90.68 | 228.80 | | | | | |
| ***-**-2602 | SALARY | 1049.24 | 2171.24 | FEDERAL WH | 82.38 | 173.49 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1049.24 | 2171.24 | SOC SEC | 65.05 | 134.61 | 65.05 | 134.61 | | | | | |
| | | | | MEDICARE | 15.21 | 31.48 | 15.21 | 31.48 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 6.30 | 13.03 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 28.33 | 58.62 | | | | | |
| | | | | TOTAL | 162.64 | 339.58 | 114.89 | 237.74 | | | | | |
| ***-**-2813 | SALARY | 1658.76 | 2668.44 | FEDERAL WH | 177.45 | 274.23 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1658.76 | 2668.44 | SOC SEC | 102.84 | 165.44 | 102.84 | 165.44 | | | | | |
| | | | | MEDICARE | 24.05 | 38.69 | 24.05 | 38.69 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 9.95 | 16.01 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 44.78 | 72.05 | | | | | |
| | | | | TOTAL | 304.34 | 478.36 | 181.63 | 292.19 | | | | | |
| ***-**-2999 | SALARY | 1100.00 | 2280.00 | FEDERAL WH | 55.60 | 139.26 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1100.00 | 2280.00 | SOC SEC | 68.20 | 141.36 | 68.20 | 141.36 | | | | | |
| | | | | MEDICARE | 15.95 | 33.06 | 15.95 | 33.06 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 6.60 | 13.68 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 29.70 | 61.56 | | | | | |
| | | | | TOTAL | 149.75 | 313.68 | 120.45 | 249.66 | | | | | |
| ***-**-3390 | SALARY | 1440.00 | 2722.50 | FEDERAL WH | 113.36 | 204.58 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | OVERTIME (15 | 27.00 | 27.00 | SOC SEC | 90.95 | 170.47 | 90.95 | 170.47 | | | | | |
| | TOTAL | 1467.00 | 2749.50 | MEDICARE | 21.27 | 39.87 | 21.27 | 39.87 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 8.80 | 16.50 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 39.61 | 74.24 | | | | | |
| | | | | TOTAL | 225.58 | 414.92 | 160.63 | 301.08 | | | | | |

EIHAB H TAWFIK, M.D., P.A.

# PAYDAY TIMECARD SUMMARY

Company EIN: 20-3325340    Timecard Period: 03/11/2018-03/24/2018(03/30/2018)    Employee: ALL    Sort By: SSN

| Employee | | Earnings (Employee) | | | Tax Deductions | Employee | | Company | | Voluntary Deductions | Employee | | Company | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | CP | YTD | Type | CP | YTD | CP | YTD | Type | CP | YTD | CP | YTD |
| ***-**-4066 | SALARY | 774.00 | 1532.04 | FEDERAL WH | 68.50 | 135.08 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 774.00 | 1532.04 | SOC SEC | 47.99 | 94.99 | 47.99 | 94.99 | | | | | |
| | | | | MEDICARE | 11.22 | 22.21 | 11.22 | 22.21 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 4.64 | 6.18 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 20.90 | 41.37 | | | | | |
| | | | | TOTAL | 127.71 | 252.28 | 84.75 | 167.75 | | | | | |
| ***-**-4242 | SALARY | 671.00 | 1232.00 | FEDERAL WH | 56.14 | 99.08 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 671.00 | 1232.00 | SOC SEC | 41.60 | 76.38 | 41.60 | 76.38 | | | | | |
| | | | | MEDICARE | 9.73 | 17.86 | 9.73 | 17.86 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 4.63 | 7.40 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 18.12 | 33.27 | | | | | |
| | | | | TOTAL | 107.47 | 193.32 | 73.48 | 134.91 | | | | | |
| ***-**-4399 | SALARY | 689.58 | 1472.56 | FEDERAL WH | 58.37 | 127.85 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 689.58 | 1472.56 | SOC SEC | 42.75 | 91.30 | 42.75 | 91.30 | | | | | |
| | | | | MEDICARE | 10.00 | 21.35 | 10.00 | 21.35 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 4.14 | 8.84 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 18.82 | 39.76 | | | | | |
| | | | | TOTAL | 111.12 | 240.50 | 75.51 | 161.25 | | | | | |
| ***-**-4387 | SALARY | 768.40 | 1708.35 | FEDERAL WH | 70.23 | 158.24 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 768.40 | 1708.35 | SOC SEC | 48.88 | 105.92 | 48.88 | 105.92 | | | | | |
| | | | | MEDICARE | 11.43 | 24.77 | 11.43 | 24.77 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 4.73 | 10.25 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 21.29 | 46.13 | | | | | |
| | | | | TOTAL | 130.54 | 288.93 | 86.33 | 187.07 | | | | | |
| ***-**-4618 | SALARY | 132.00 | 132.00 | FEDERAL WH | 0.00 | 0.00 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 132.00 | 132.00 | SOC SEC | 8.18 | 8.18 | 8.18 | 8.18 | | | | | |
| | | | | MEDICARE | 1.91 | 1.91 | 1.91 | 1.91 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 0.79 | 0.79 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 3.56 | 3.56 | | | | | |
| | | | | TOTAL | 10.09 | 10.09 | 14.44 | 14.44 | | | | | |
| ***-**-4821 | SALARY | 969.75 | 1506.00 | FEDERAL WH | 53.69 | 81.20 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 969.75 | 1506.00 | SOC SEC | 60.12 | 93.37 | 60.12 | 93.37 | | | | | |
| | | | | MEDICARE | 14.06 | 21.84 | 14.06 | 21.84 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 5.82 | 9.04 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 26.18 | 40.66 | | | | | |
| | | | | TOTAL | 127.87 | 176.41 | 106.18 | 164.91 | | | | | |

# PAYDAY TIMECARD SUMMARY

EIHAB H TAWFIK, M.D., P.A.

Company EIN: 20-3325340  Timecard Period: 03/11/2018-03/24/2018 (03/30/2018)  Employee: ALL  Sort By: SSN

| Employee | Type | CP | YTD | Type | CP | YTD | CP | YTD | Type | CP | YTD | CP | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***-**-4563 | SALARY | 1285.72 | 2362.60 | FEDERAL WH | 129.91 | 238.35 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1285.72 | 2362.60 | SOC SEC | 79.71 | 146.34 | 79.71 | 146.34 | | | | | |
| | | | | MEDICARE | 18.64 | 34.89 | 18.64 | 34.89 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 7.71 | 14.56 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 34.71 | 64.80 | | | | | |
| | | | | TOTAL | 228.26 | 421.39 | 140.77 | 261.98 | | | | | |
| ***-**-5096 | SALARY | 333.00 | 333.00 | FEDERAL WH | 3.14 | 3.14 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 333.00 | 333.00 | SOC SEC | 20.65 | 20.65 | 20.65 | 20.65 | | | | | |
| | | | | MEDICARE | 4.83 | 4.83 | 4.83 | 4.83 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 2.00 | 2.00 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 8.99 | 8.99 | | | | | |
| | | | | TOTAL | 28.62 | 28.62 | 36.47 | 36.47 | | | | | |
| ***-**-5366 | SALARY | 861.00 | 1646.50 | FEDERAL WH | 40.64 | 73.27 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 861.00 | 1646.50 | SOC SEC | 53.38 | 102.21 | 53.38 | 102.21 | | | | | |
| | | | | MEDICARE | 12.48 | 23.90 | 12.48 | 23.90 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 5.17 | 9.90 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 23.25 | 44.51 | | | | | |
| | | | | TOTAL | 106.50 | 199.38 | 94.28 | 180.52 | | | | | |
| ***-**-5383 | SALARY | 1245.75 | 2359.50 | FEDERAL WH | 48.50 | 81.84 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1245.75 | 2359.50 | SOC SEC | 77.24 | 146.29 | 77.24 | 146.29 | | | | | |
| | | | | MEDICARE | 18.06 | 34.21 | 18.06 | 34.21 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 7.47 | 14.15 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 33.64 | 63.71 | | | | | |
| | | | | TOTAL | 143.80 | 262.34 | 136.41 | 258.36 | | | | | |
| ***-**-6020 | SALARY | 1175.00 | 1923.00 | FEDERAL WH | 40.01 | 40.01 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1175.00 | 1923.00 | SOC SEC | 72.85 | 119.23 | 72.85 | 119.23 | | | | | |
| | | | | MEDICARE | 17.04 | 27.89 | 17.04 | 27.89 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 7.05 | 11.54 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 31.73 | 51.93 | | | | | |
| | | | | TOTAL | 129.90 | 187.13 | 128.67 | 210.59 | | | | | |
| ***-**-6436 | SALARY | 2692.48 | 5000.32 | FEDERAL WH | 255.16 | 464.16 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 2692.48 | 5000.32 | SOC SEC | 166.93 | 310.02 | 166.93 | 310.02 | | | | | |
| | | | | MEDICARE | 39.04 | 72.50 | 39.04 | 72.50 | | | | | |
| | | | | FUTA | 0.00 | 0.00 | 16.15 | 30.00 | | | | | |
| | | | | STATE UI | 0.00 | 0.00 | 72.70 | 135.01 | | | | | |
| | | | | TOTAL | 461.13 | 846.68 | 294.82 | 547.53 | | | | | |

EIHAB H TAWFIK, M.D., P.A.

# PAYDAY TIMECARD SUMMARY

Company EIN: 20-3325340    Timecard Period: 03/11/2018-03/24/2018(03/30/2018)    Employee: ALL    Sort By: SSN

| Employee | | Earnings | | | | Tax Deductions | | | | | Voluntary Deductions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Employee | | | | Employee | | Company | | | Employee | | | Company | |
| | Type | CP | YTD | Type | | CP | YTD | CP | YTD | Type | CP | YTD | | CP | YTD |
| ***-**-6495 | SALARY | 426.25 | 954.25 | FEDERAL WH | | 0.00 | 6.58 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 426.25 | 954.25 | SOC SEC | | 26.43 | 59.17 | 26.43 | 59.17 | | | | | | |
| | | | | MEDICARE | | 6.18 | 13.84 | 6.18 | 13.84 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 2.56 | 5.73 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 11.51 | 25.77 | | | | | | |
| | | | | TOTAL | | 32.61 | 79.59 | 46.68 | 104.51 | | | | | | |
| ***-**-6656 | SALARY | 1176.96 | 2157.76 | FEDERAL WH | | 97.70 | 171.86 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 1176.96 | 2157.76 | SOC SEC | | 72.97 | 133.78 | 72.97 | 133.78 | | | | | | |
| | | | | MEDICARE | | 17.07 | 31.29 | 17.07 | 31.29 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 7.06 | 12.94 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 31.78 | 58.26 | | | | | | |
| | | | | TOTAL | | 187.74 | 336.93 | 128.88 | 236.27 | | | | | | |
| ***-**-7115 | SALARY | 7911.80 | 15358.20 | FEDERAL WH | | 1577.71 | 3006.49 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 7911.80 | 15358.20 | SOC SEC | | 490.53 | 852.21 | 490.53 | 852.21 | | | | | | |
| | | | | MEDICARE | | 114.72 | 222.69 | 114.72 | 222.69 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 0.00 | 42.00 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 0.00 | 189.00 | | | | | | |
| | | | | TOTAL | | 2182.96 | 4181.39 | 605.25 | 1405.90 | | | | | | |
| ***-**-7418 | SALARY | 317.75 | 317.75 | FEDERAL WH | | 0.00 | 0.00 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 317.75 | 317.75 | SOC SEC | | 19.70 | 19.70 | 19.70 | 19.70 | | | | | | |
| | | | | MEDICARE | | 4.61 | 4.61 | 4.61 | 4.61 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 1.91 | 1.91 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 8.58 | 8.58 | | | | | | |
| | | | | TOTAL | | 24.31 | 24.31 | 34.80 | 34.80 | | | | | | |
| ***-**-8109 | SALARY | 1592.25 | 3136.26 | FEDERAL WH | | 166.69 | 327.59 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 1592.25 | 3136.26 | SOC SEC | | 98.72 | 194.45 | 98.72 | 194.45 | | | | | | |
| | | | | MEDICARE | | 23.09 | 45.48 | 23.09 | 45.48 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 9.55 | 18.81 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 42.96 | 84.66 | | | | | | |
| | | | | TOTAL | | 288.50 | 567.52 | 174.35 | 343.42 | | | | | | |
| ***-**-8326 | SALARY | 548.37 | 1121.12 | FEDERAL WH | | 24.48 | 51.80 | 0.00 | 0.00 | TOTAL | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTAL | 548.37 | 1121.12 | SOC SEC | | 33.87 | 69.50 | 33.87 | 69.50 | | | | | | |
| | | | | MEDICARE | | 7.92 | 16.25 | 7.92 | 16.25 | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 3.28 | 6.73 | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 14.75 | 30.27 | | | | | | |
| | | | | TOTAL | | 66.27 | 137.53 | 59.82 | 122.75 | | | | | | |

EIHAB H. TAWFIK, M.D., P.A.

## PAYDAY TIMECARD SUMMARY

Company EIN: 20-3325343    Timecard Period: 03/11/2018-03/24/2018(03/30/2018)    Employee: ALL    Sort By: SSN

| Employee | | Earnings | | | | Tax Deductions | | | | | Voluntary Deductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Employee | | | | Employee | | Company | | | | Employee | | | Company | |
| | Type | CP | YTD | Type | | CP | YTD | CP | YTD | Type | | CP | YTD | CP | | YTD |
| ***-**-0379 | SALARY | 511.00 | 1206.38 | FEDERAL WH | | 4.98 | 28.40 | 0.00 | 0.00 | TOTAL | | 0.00 | 0.00 | 0.00 | | 0.00 |
| | TOTAL | 511.00 | 1206.38 | SOC SEC | | 31.68 | 74.79 | 31.68 | 74.79 | | | | | | | |
| | | | | MEDICARE | | 7.41 | 17.49 | 7.41 | 17.49 | | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 3.07 | 7.24 | | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 13.80 | 32.58 | | | | | | | |
| | | | | TOTAL | | 44.07 | 120.68 | 55.96 | 132.10 | | | | | | | |
| REPORT TOTAL | SALARY | 40755.81 | 78652.31 | FEDERAL WH | | 4487.12 | 8636.81 | 0.00 | 0.00 | ADVANCE | | 150.00 | 150.00 | 0.00 | | 0.00 |
| | OVERTIME (15 | 27.00 | 27.00 | SOC SEC | | 2528.51 | 4887.12 | 2528.51 | 4887.12 | TOTAL | | 150.00 | 150.00 | 0.00 | | 0.00 |
| | TOTAL | 40782.81 | 78679.31 | MEDICARE | | 591.34 | 1142.94 | 591.34 | 1142.94 | | | | | | | |
| | | | | FUTA | | 0.00 | 0.00 | 190.77 | 416.37 | | | | | | | |
| | | | | STATE UI | | 0.00 | 0.00 | 858.47 | 1873.57 | | | | | | | |
| | | | | TOTAL | | 7606.97 | 14666.97 | 4169.09 | 8320.00 | | | | | | | |