

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/16/2018 02:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:18-bk-01164-JAF | 11 | 04/11/2018 |

Chapter 11

**DEBTOR:** Eihab H. Tawfik, M.D., P.A.

**DEBTOR ATTY:** Daniel Velasquez

**TRUSTEE:** NA

**HEARING:**

1. Preliminary Hearing on Emergency Motion/Application to Pay Prepetition Wage Claims Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #10
2. Preliminary Hearing on Emergency Motion to Use Cash Collateral Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #9
-Objection to Debtor's Emergency Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing Filed by Megan Wilson Murray on behalf of Interested Party Central Bank (related document(s)[9]). (Murray, Megan) Doc #18
3. Preliminary Hearing on Emergency Motion/Application to Pay Officer Affiliate Salaries Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #11

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Emergency Motion/Application to Pay Prepetition Wage Claims Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #10

   GRANTED ORD/LUNA

2. Preliminary Hearing on Emergency Motion to Use Cash Collateral Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #9

GRANTED (INTERIM 30-45 DAYS) ORD/LUNA

-Objection to Debtor's Emergency Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing Filed by Megan Wilson Murray on behalf of Interested Party Central Bank (related document(s)[9]). (Murray, Megan) Doc #18

3. Preliminary Hearing on Emergency Motion/Application to Pay Officer Affiliate Salaries Filed by Justin M. Luna on behalf of Debtor Eihab H. Tawfik, M.D., P.A. (Luna, Justin) Doc #11

 RESCHEDULED TO BE HEARD WITH # 2 ABOVE WHEN SET ORD/LUNA

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.