Fill in this information to identify the case:

Debtor name: **Eihab H. Tawfik, M.D., P.A.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): **3:18-bk-01164-JAF**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Balboa Capital Corp. 575 Anton Blvd., 12th Floor Costa Mesa, CA 92626 | | Business Loan | | | | $109,087.72 |
| CCM Capital Collection Mgmt 115 Solar Street, Suite 100 Syracuse, NY 13204 | | Credit Card | | | | $56,156.79 |
| Colonial Funding Network 120 West 45th Street New York, NY 10036 | | Business Loan | | | | $211,935.00 |
| Corporation Service Co. PO Box 2576 Springfield, IL 62708 | | Medical Equipment | | | | $108,654.24 |
| Huntington Tech. Finance 2285 Franklin Road Bloomfield Hills, MI 48302 | | Business Loan | | | | $59,994.80 |
| IberiaBank PO Box 53207 Lafayette, LA 70505-3207 | | Business Loan | | | | $141,472.17 |
| IberiaBank PO Box 53207 Lafayette, LA 70505-3207 | | Business Loan | | | | $2,290,665.38 |
| LiftForward, Inc. c/o LF Collateral SPV I, LLC 180 Maiden Lane, 10th Floor New York, NY 10038 | | Business Loans | | | | $1,307,048.80 |

Debtor **Eihab H. Tawfik, M.D., P.A.**
Name

Case number *(if known)* **3:18-bk-01164-JAF**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lysoft Media**<br>**c/o Colonial Funding Network**<br>**120 West 45th Street**<br>**New York, NY 10036** | | **Business Loan** | | | | $425,000.00 |
| **Medicare Part B Cash Mgmt**<br>**c/o First Coast Srvc Options**<br>**PO Box 44141**<br>**Jacksonville, FL 32231-4141** | | | | | | $1,091,693.78 |
| **National Radiology Sol Group**<br>**101 Alycia Drive**<br>**Richmond, KY 40475** | | **Renewed Service Agreement** | | | | $204,466.50 |
| **Navitas Credit Corp.**<br>**P.O. Box 935204**<br>**Atlanta, GA 31193-5204** | | **Medical Equipment** | | | | $198,362.77 |
| **US Dept of Treasury**<br>**Bureau of the Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | | **Overpayment of Medicare claims** | | | | $94.05 |
| **US Dept of Treasury**<br>**PO Box 979101**<br>**St. Louis, MO 63197-9000** | | **Overpayment of Medicare claims** | | | | $32.07 |
| **Yellowstone Capital, LLC**<br>**30 Broad Street**<br>**14th Floor, Ste. 1462**<br>**New York, NY 10004** | | **Business Loan** | | | | $209,850.00 |
| **Yes Funding Services, LLC**<br>**c/o Douglas Robinson, Esq.**<br>**122 East 42nd St., Ste. 2112**<br>**New York, NY 10168** | | **Judgment** | | | | $436,944.34 |

**Fill in this information to identify the case:**

Debtor name: **Eihab H. Tawfik, M.D., P.A.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 3:18-bk-01164-JAF

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/18/2018        X  /s/
                                  Signature of individual signing on behalf of debtor

                                  **Eihab H. Tawfik**
                                  Printed name

                                  **Director and President**
                                  Position or relationship to debtor