UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

**In re:**　　　　　　　　　　　　　　　　　　CASE NO.: 3:18-bk-01164-JAF

**EIHAB H. TAWFIK, M.D., P.A.,**　　　　　　　CHAPTER 11

　　**Debtor.**
_____/

## APPLICATION OF EIHAB H. TAWFIK, M.D., P.A., TO EMPLOY JUSTIN M. LUNA AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO APRIL 11, 2018

**EIHAB H. TAWFIK, M.D., P.A.**, debtor and debtor-in-possession ("Debtor"), hereby seeks authorization to employ Justin M. Luna and the law firm of Latham, Shuker, Eden & Beaudine, LLP, ("Latham Shuker") as its counsel in this case, *nunc pro tunc* to April 11, 2018, and, in support thereof, states:

1.　On April 11, 2018, the Debtor filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor is administering its case as a debtor-in-possession.

2.　Debtor owns and operates medical clinics in five locations in the Central Florida area. Those locations are Crystal River (2 locations), Celebration, Ocala, and Spring Hill. The clinics provide the Debtor's patients with services including, but not limited to, internal medicine, urgent care, cardiology, diabetes treatment, podiatry, full imaging services and pain management. The Debtor is a health care business.

3.　The Debtor is owned 100% by Dr. Eihab H. Tawfik ("Dr. Tawfik").

4.　The Debtor desires to employ Latham Shuker, under § 327(a) of the Bankruptcy Code, to assist the Debtor in its bankruptcy case.

5.　The Debtor has selected Latham Shuker because:

    (a)    partners and associates of Latham Shuker have substantial experience in rendering the types of legal services that will be required in this case;

    (b)    partners and associates of Latham Shuker are admitted to practice in this Court; and

    (c)    Latham Shuker will be able to efficiently and cost-effectively render services necessary in this Chapter 11 case.

6. In the continuation of the Debtor's estate and in the administration of this case, legal services will be required as to, but not limited to, the following;

    (a)    advising as to the Debtor's rights and duties in this case;

    (b)    preparing pleadings related to this case, including a disclosure statement and a plan of reorganization; and

    (c)    taking any and all other necessary action incident to the proper preservation and administration of this estate.

7. Latham Shuker has represented the Debtor since on or about April 11, 2018 in connection with the preparation and filing of the voluntary petition under Chapter 11 of the United States Bankruptcy Code ("Code") and preparation of related initial pleadings in this case.

8. To the best of Debtor's knowledge, Latham Shuker represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged, and employment of Latham Shuker would be in the best interest of the estate.

9. To the best of Debtor's knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

10. Latham Shuker does not represent, nor has it in the past, the individual interests of any other officer, director, or shareholder of the Debtor.

11. The terms of employment agreed to between the Debtor and Latham Shuker, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of Latham Shuker, which rates range from $575 for its most experienced attorneys to $105 for its most junior paraprofessionals and are subject to periodic adjustment to reflect economic and other considerations. Latham Shuker will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, Latham Shuker may make application for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by Latham Shuker.

12. Prior to the commencement of this case, the Debtor paid an advance fee of $5,863.00 for post-petition services and expenses in connection with this case.

13. The Debtor has paid $5,837.00 to Latham Shuker, on a current basis, for services rendered and costs incurred prior to commencement of this case, for the preparation of the petition for reorganization under Chapter 11 of the Code and all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the voluntary petition.

WHEREFORE, Eihab H. Tawfik, M.D., P.A., respectfully requests the entry of an order authorizing it to retain and employ Justin M. Luna and the law firm of Latham, Shuker, Eden & Beaudine, LLP, as its bankruptcy counsel in this case, *nunc pro tunc,* to April 11, 2018, and for such other and further relief as is just and proper in the circumstances.

RESPECTFULLY SUBMITTED this 20th day of April 2018.

**EIHAB H. TAWFIK, M.D., P.A.**

Dr. Eihab H. Tawfik, Director

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

CASE NO. 3:18-bk-01164-JAF

EIHAB H. TAWFIK, M.D., P.A.,

CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **APPLICATION OF EIHAB H. TAWFIK, M.D., P.A., TO EMPLOY JUSTIN M. LUNA AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL,** *NUNC PRO TUNC* **TO APRIL 11, 2018**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **EIHAB H. TAWFIK, M.D., P.A.**, c/o Eihab H. Tawfik, 7394 West Gulf to Lake Highway, Crystal River, Florida 34429; **CENTRAL BANK**, c/o Megan W. Murray, Esq., 101 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602 (mwmurray@trenam.com); **IBERIABANK** c/o Michael S. Waskiewicz, Esq., 50 North Laura Street, Suite 3000, Jacksonville, Florida 32202 (mwaskiewicz@burr.com); all creditors and interested parties as shown on the matrix attached hereto, and the **UNITED STATES TRUSTEE – JAX11**, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, on this 20th day of April 2018

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0984469
jluna@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
bknotice@lseblaw.com
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:18-bk-01164-JAF<br>Middle District of Florida<br>Jacksonville<br>Fri Apr 13 13:23:35 EDT 2018 | Central Bank<br>c/o Trenam Law<br>Megan W. Murray<br>101 E Kennedy Boulevard, #2700<br>Tampa, FL 33602-5150 | Eihab H. Tawfik, M.D., P.A.<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Alyouzbaki Tawfik<br>c/o Joseph C. Crawford, Esq.<br>50 N Laura St, Ste 2600<br>Jacksonville, FL 32202-3629 | Balboa Capital Corp.<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626-7169 |
| Baytree Nat. Bank & Trust Co<br>664 N Western Ave.<br>Laek Forest, IL 60045-1951 | Burr & Foreman, LLP<br>Attn: Michael S. Waskiewicz<br>50 North Laura St., Ste 3000<br>Jacksonville, FL 32202-3658 | CAPALL, LLC<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |
| CCM Capital Collection Mgmt<br>115 Solar Street, Suite 100<br>Syracuse, NY 13204-5407 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | CT Corporation System<br>Attn: SPRS<br>330 N. Brand Blvd, Ste 700<br>Glendale, CA 91203-2336 |
| CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Cassidy Abbott Orr<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Central Bank<br>20701 Bruce B. Downs Blvd<br>Tampa, FL 33647-3676 |
| Central Bank<br>c/o Megan W. Murray, Esq.<br>101 E Kennedy Blvd, Ste 1700<br>Tampa, FL 33602-3647 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | Citrus Diabetes Treatment<br>Center, LLC<br>7394 W. Gulf to Lake Hwy<br>Crystal River, FL 34429-7802 |
| Citrus Diabetes Treatment<br>Center, LLC<br>7450 W. Gulf to Lake Hwy<br>Crystal River, FL 34429 | Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Complete Business Solutions<br>22 North 3rd Street<br>Philadelphia, PA 19106-2113 |
| Corporation Service Co.<br>801 Adlia Stevenson Dr<br>Springfield, IL 62703-4261 | Corporation Service Co.<br>PO Box 2576<br>Springfield, IL 62708-2576 | Creekridge Capital, LLC<br>7808 Creekridge Cir. Ste 250<br>Edina, MN 55439-2647 |
| DLI Assets Bravo, LLC<br>550 N. Brand Blvd. Ste. 2000<br>Glendale, CA 91203-1935 | Danco Medical, Inc.<br>c/o Ashley H. Lukis, Esq.<br>PO Box 11189<br>Tallahassee, FL 32302-3189 | Dr. Eihab H. Tawfik, MD<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| ELM Services<br>PO Box 15270<br>Irvine, CA 92623-5270 | First Coast Service Options<br>Medicare Part B Overpayment<br>PO Box 45248<br>Jacksonville, FL 32232-5248 | First Corporation Solutions<br>914 S. Street<br>Sacramento, CA 95811-7025 |

| | | |
|---|---|---|
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Fred E. Moore, Esq.<br>801 11th Street West<br>Bradenton, FL 34205-8432 | GE Healthcare<br>c/o Richard P. Joblove, Esq.<br>12372 Southwest 82nd Ave.<br>First Floor<br>Miami, FL 33156-5223 |
| Gurley Vitale, P.A.<br>Attn: J. Ben Vitale, Esq.<br>601 S. Osprey Ave.<br>Sarasota, FL 34236-7526 | Huntington Tech. Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | IberiaBank<br>PO Box 53207<br>Lafayette, LA 70505-3207 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Key Equipment Finance Inc.<br>1000 South McCaslin Blvd.<br>Superior, CO 80027-9441 | LiftForward, Inc.<br>c/o LF Collateral SPV I, LLC<br>180 Maiden Lane, 10th Floor<br>New York, NY 10038-5178 |
| Lysoft Media<br>c/o Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Macquarie Equipment Finance<br>2285 Franklin Rd., Ste. 100<br>Bloomfield Hills, MI 48302-0363 | McKesson Corporation<br>401 Mason Road<br>La Vergne, TN 37086-3243 |
| Medicare Part B Cash Mgmt<br>c/o First Coast Srvc Options<br>PO Box 44141<br>Jacksonville, FL 32231-4141 | Merchant Cash & Capital LLC<br>450 Park Ave. S., 11th Floor<br>New York, NY 10016-7320 | National Radiology Sol Group<br>101 Alycia Drive<br>Richmond, KY 40475-2368 |
| Navitas Credit Corp.<br>P.O. Box 935204<br>Atlanta, GA 31193-5204 | Navitas Lease Corp. ISAOA<br>111 Executive Dr., Ste. 102<br>Columbia, SC 29210-8414 | Nicole Richardson<br>c/o Matthew W. Birk, Esq.<br>309 NE 1st Street<br>Gainesville, FL 32601-5310 |
| Pamela Rizzo-Alderson<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., Ste. 400<br>St. Petersburg, FL 33701-4356 | Quarterspot Inc.<br>4601 N Fairfax Dr, Ste 1120<br>Arlington, VA 22203-1547 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Secured Lender Solutions LLC<br>PO Box 2576<br>Springfield, IL 62708-2576 | Stress Free Capital, LLC<br>2501 Hollywood Blvd, Ste 210<br>Hollywood, FL 33020-6632 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| US Dept of Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | US Dept of Treasury<br>PO Box 979101<br>St. Louis, MO 63197-9000 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Vangaurd Medical Mgmt LLC<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Yellowstone Capital, LLC<br>30 Broad Street<br>14th Floor, Ste. 1462<br>New York, NY 10004-2304 | Yes Funding Services, LLC<br>c/o Douglas Robinson, Esq.<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Michael S Waskiewicz +
Burr & Forman, LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Megan Wilson Murray +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Daniel A Velasquez +
Latham Shuker Eden Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)IBERIABANK
c/o Michael S. Waskiewicz, Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

End of Label Matrix
Mailable recipients    66
Bypassed recipients     2
Total                  68