UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                    CASE NO.: 3:18-bk-01164-JAF

EIHAB H. TAWFIK, M.D., P.A.,                              CHAPTER 11

  Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF EIHAB H. TAWFIK, M.D., P.A., TO EMPLOY JUSTIN M. LUNA AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO APRIL, 11, 2018**

I, Justin M. Luna, in accordance with F.R.B.P. 2014, make the following verified statements in support of the Application of Eihab H. Tawfik, M.D., P.A., to Employ Justin M. Luna and the Law Firm of Latham, Shuker, Eden & Beaudine, LLC, as Debtor's Counsel, *nunc pro tunc* to April 11, 2018 ("Application"):

1. I am a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), and have been duly admitted to practice in this Court.

2. Latham Shuker was retained by the Debtor on or about April 11, 2018 and has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547.

3. Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

4. Latham Shuker and its individual attorneys have not previously represented the Debtor.

5. Latham Shuker is not a creditor of the Debtor.

6. Latham Shuker does not represent the individual interests of any other officer, director, or shareholder of the Debtor.

7. The undersigned is not aware of any conflict or potential conflict relating to the employment of Latham Shuker as counsel for Debtor-in-Possession in this case, does not hold any interest adverse to the Debtor's estate; and believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

8. Latham Shuker has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of Latham Shuker have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

9. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor, (2) a computer search of Latham Shuker's client list, and (3) a memorandum circulated to all of Latham Shuker's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 20th day of April 2018.

---

Justin M. Luna, Esq.
Florida Bar No. 0984469
jluna@lseblaw.com
bknotice@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:   CASE NO.: 3:18-bk-01164-JAF

EIHAB H. TAWFIK, M.D., P.A.,   CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF EIHAB H. TAWFIK, M.D., P.A., TO EMPLOY JUSTIN M. LUNA AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO APRIL 11, 2018** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **EIHAB H. TAWFIK, M.D., P.A.**, c/o Eihab H. Tawfik, 7394 West Gulf to Lake Highway, Crystal River, Florida 34429; **CENTRAL BANK**, c/o Megan W. Murray, Esq., 101 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602 (mwmurray@trenam.com); **IBERIABANK** c/o Michael S. Waskiewicz, Esq., 50 North Laura Street, Suite 3000, Jacksonville, Florida 32202 (mwaskiewicz@burr.com); all creditors and interested parties as shown on the matrix attached hereto, and the **UNITED STATES TRUSTEE – JAX11**, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, on this 20th day of April 2018.

/s/ Justin M. Luna
Justin M. Luna, Esq

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:18-bk-01164-JAF<br>Middle District of Florida<br>Jacksonville<br>Fri Apr 13 13:23:35 EDT 2018 | Central Bank<br>c/o Trenam Law<br>Megan W. Murray<br>101 E Kennedy Boulevard, #2700<br>Tampa, FL 33602-5150 | Eihab H. Tawfik, M.D., P.A.<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Alyouzbaki Tawfik<br>c/o Joseph C. Crawford, Esq.<br>50 N Laura St, Ste 2600<br>Jacksonville, FL 32202-3629 | Balboa Capital Corp.<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626-7169 |
| Baytree Nat. Bank & Trust Co<br>664 N Western Ave.<br>Laek Forest, IL 60045-1951 | Burr & Foreman, LLP<br>Attn: Michael S. Waskiewicz<br>50 North Laura St., Ste 3000<br>Jacksonville, FL 32202-3658 | CAPALL, LLC<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |
| CCM Capital Collection Mgmt<br>115 Solar Street, Suite 100<br>Syracuse, NY 13204-5407 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | CT Corporation System<br>Attn: SPRS<br>330 N. Brand Blvd, Ste 700<br>Glendale, CA 91203-2336 |
| CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Cassidy Abbott Orr<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Central Bank<br>20701 Bruce B. Downs Blvd<br>Tampa, FL 33647-3676 |
| Central Bank<br>c/o Megan W. Murray, Esq.<br>101 E Kennedy Blvd, Ste 1700<br>Tampa, FL 33602-3647 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | Citrus Diabetes Treatment<br>Center, LLC<br>7394 W. Gulf to Lake Hwy<br>Crystal River, FL 34429-7802 |
| Citrus Diabetes Treatment<br>Center, LLC<br>7450 W. Gulf to Lake Hwy<br>Crystal River, FL 34429 | Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Complete Business Solutions<br>22 North 3rd Street<br>Philadelphia, PA 19106-2113 |
| Corporation Service Co.<br>801 Adlia Stevenson Dr<br>Springfield, IL 62703-4261 | Corporation Service Co.<br>PO Box 2576<br>Springfield, IL 62708-2576 | Creekridge Capital, LLC<br>7808 Creekridge Cir. Ste 250<br>Edina, MN 55439-2647 |
| DLI Assets Bravo, LLC<br>550 N. Brand Blvd. Ste. 2000<br>Glendale, CA 91203-1935 | Danco Medical, Inc.<br>c/o Ashley H. Lukis, Esq.<br>PO Box 11189<br>Tallahassee, FL 32302-3189 | Dr. Eihab H. Tawfik, MD<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| ELM Services<br>PO Box 15270<br>Irvine, CA 92623-5270 | First Coast Service Options<br>Medicare Part B Overpayment<br>PO Box 45248<br>Jacksonville, FL 32232-5248 | First Corporation Solutions<br>914 S. Street<br>Sacramento, CA 95811-7025 |

| | | |
|---|---|---|
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Fred E. Moore, Esq.<br>801 11th Street West<br>Bradenton, FL 34205-8432 | GE Healthcare<br>c/o Richard P. Joblove, Esq.<br>12372 Southwest 82nd Ave.<br>First Floor<br>Miami, FL 33156-5223 |
| Gurley Vitale, P.A.<br>Attn: J. Ben Vitale, Esq.<br>601 S. Osprey Ave.<br>Sarasota, FL 34236-7526 | Huntington Tech. Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | IberiaBank<br>PO Box 53207<br>Lafayette, LA 70505-3207 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Key Equipment Finance Inc.<br>1000 South McCaslin Blvd.<br>Superior, CO 80027-9441 | LiftForward, Inc.<br>c/o LF Collateral SPV I, LLC<br>180 Maiden Lane, 10th Floor<br>New York, NY 10038-5178 |
| Lysoft Media<br>c/o Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Macquarie Equipment Finance<br>2285 Franklin Rd., Ste. 100<br>Bloomfield Hills, MI 48302-0363 | McKesson Corporation<br>401 Mason Road<br>La Vergne, TN 37086-3243 |
| Medicare Part B Cash Mgmt<br>c/o First Coast Srvc Options<br>PO Box 44141<br>Jacksonville, FL 32231-4141 | Merchant Cash & Capital LLC<br>450 Park Ave. S., 11th Floor<br>New York, NY 10016-7320 | National Radiology Sol Group<br>101 Alycia Drive<br>Richmond, KY 40475-2368 |
| Navitas Credit Corp.<br>P.O. Box 935204<br>Atlanta, GA 31193-5204 | Navitas Lease Corp. ISAOA<br>111 Executive Dr., Ste. 102<br>Columbia, SC 29210-8414 | Nicole Richardson<br>c/o Matthew W. Birk, Esq.<br>309 NE 1st Street<br>Gainesville, FL 32601-5310 |
| Pamela Rizzo-Alderson<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., Ste. 400<br>St. Petersburg, FL 33701-4356 | Quarterspot Inc.<br>4601 N Fairfax Dr, Ste 1120<br>Arlington, VA 22203-1547 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Secured Lender Solutions LLC<br>PO Box 2576<br>Springfield, IL 62708-2576 | Stress Free Capital, LLC<br>2501 Hollywood Blvd, Ste 210<br>Hollywood, FL 33020-6632 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| US Dept of Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | US Dept of Treasury<br>PO Box 979101<br>St. Louis, MO 63197-9000 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Vangaurd Medical Mgmt LLC<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Yellowstone Capital, LLC<br>30 Broad Street<br>14th Floor, Ste. 1462<br>New York, NY 10004-2304 | Yes Funding Services, LLC<br>c/o Douglas Robinson, Esq.<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |

| | | |
|---|---|---|
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Michael S Waskiewicz +<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| Justin M. Luna +<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Megan Wilson Murray +<br>Trenam Kemker<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Daniel A Velasquez +<br>Latham Shuker Eden Beaudine LLP<br>111 N. Magnolia Avenue<br>Suite 1400<br>Orlando, FL 32801-2367 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |