UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                    CASE NO. 3:18-bk-01164-JAF

EIHAB H. TAWFIK, M.D., P.A.,              CHAPTER 11

　　　　Debtor.
_____/

STATEMENT OF JUSTIN M. LUNA AND LATHAM, SHUKER, EDEN & BEAUDINE,
LLP, PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b),
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

JUSTIN M. LUNA and the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP ("Latham Shuker"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), states as follows:

1.　　Latham Shuker has represented Eihab H. Tawfik, M.D., P.A. (the "Debtor") since on or about April 11, 2018 in connection with the Debtor's voluntary petition filed under Chapter 11 of the United States Bankruptcy Code ("Code").

2.　　Prior to the commencement of this case, the Debtor paid an advance fee of $5,863.00 for post-petition services and expenses in connection with this case.

3.　　Debtor has paid $ 5,837.00 to Latham Shuker, on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of the petition for reorganization under Chapter 11 of the Code and all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the voluntary petition.

4.　　Latham Shuker has not shared, or agreed to share, the Advance Fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular

1

associates of Latham Shuker.

  **RESPECTFULLY SUBMITTED** this 20th day of April 2018.

                /s/ Justin M. Luna
                _____
                Justin M. Luna, Esq.
                Florida Bar No. 0984469
                jluna@lseblaw.com
                **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                bknotice@lseblaw.com
                111 N. Magnolia Ave., Suite 1400
                Orlando, Florida 32801
                Telephone: 407-481-5800
                Facsimile: 407-481-5801
                *Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  CASE NO. 3:18-bk-01164-JAF

EIHAB H. TAWFIK, M.D., P.A.,  CHAPTER 11

Debtor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing **STATEMENT OF JUSTIN M. LUNA AND LATHAM, SHUKER, EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **EIHAB H. TAWFIK, M.D., P.A.**, c/o Eihab H. Tawfik, 7394 West Gulf to Lake Highway, Crystal River, Florida 34429; **CENTRAL BANK**, c/o Megan W. Murray, Esq., 101 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602 (mwmurray@trenam.com); **IBERIABANK** c/o Michael S. Waskiewicz, Esq., 50 North Laura Street, Suite 3000, Jacksonville, Florida 32202 (mwaskiewicz@burr.com); all creditors and interested parties as shown on the matrix attached hereto, and the **UNITED STATES TRUSTEE – JAX11**, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, on this 20th day of April 2018.

/s/ Justin M. Luna
Justin M. Luna, Esq

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:18-bk-01164-JAF<br>Middle District of Florida<br>Jacksonville<br>Fri Apr 13 13:23:35 EDT 2018 | Central Bank<br>c/o Trenam Law<br>Megan W. Murray<br>101 E Kennedy Boulevard, #2700<br>Tampa, FL 33602-5150 | Eihab H. Tawfik, M.D., P.A.<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Alyouzbaki Tawfik<br>c/o Joseph C. Crawford, Esq.<br>50 N Laura St, Ste 2600<br>Jacksonville, FL 32202-3629 | Balboa Capital Corp.<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626-7169 |
| Baytree Nat. Bank & Trust Co<br>664 N Western Ave.<br>Laek Forest, IL 60045-1951 | Burr & Foreman, LLP<br>Attn: Michael S. Waskiewicz<br>50 North Laura St., Ste 3000<br>Jacksonville, FL 32202-3658 | CAPALL, LLC<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |
| CCM Capital Collection Mgmt<br>115 Solar Street, Suite 100<br>Syracuse, NY 13204-5407 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | CT Corporation System<br>Attn: SPRS<br>330 N. Brand Blvd, Ste 700<br>Glendale, CA 91203-2336 |
| CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Cassidy Abbott Orr<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Central Bank<br>20701 Bruce B. Downs Blvd<br>Tampa, FL 33647-3676 |
| Central Bank<br>c/o Megan W. Murray, Esq.<br>101 E Kennedy Blvd, Ste 1700<br>Tampa, FL 33602-3647 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | Citrus Diabetes Treatment<br>Center, LLC<br>7394 W. Gulf to Lake Hwy<br>Crystal River, FL 34429-7802 |
| Citrus Diabetes Treatment<br>Center, LLC<br>7450 W. Gulf to Lake Hwy<br>Crystal River, FL 34429 | Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Complete Business Solutions<br>22 North 3rd Street<br>Philadelphia, PA 19106-2113 |
| Corporation Service Co.<br>801 Adlia Stevenson Dr<br>Springfield, IL 62703-4261 | Corporation Service Co.<br>PO Box 2576<br>Springfield, IL 62708-2576 | Creekridge Capital, LLC<br>7808 Creekridge Cir. Ste 250<br>Edina, MN 55439-2647 |
| DLI Assets Bravo, LLC<br>550 N. Brand Blvd. Ste. 2000<br>Glendale, CA 91203-1935 | Danco Medical, Inc.<br>c/o Ashley H. Lukis, Esq.<br>PO Box 11189<br>Tallahassee, FL 32302-3189 | Dr. Eihab H. Tawfik, MD<br>7394 West Gulf to Lake Highway<br>Crystal River, FL 34429-7802 |
| ELM Services<br>PO Box 15270<br>Irvine, CA 92623-5270 | First Coast Service Options<br>Medicare Part B Overpayment<br>PO Box 45248<br>Jacksonville, FL 32232-5248 | First Corporation Solutions<br>914 S. Street<br>Sacramento, CA 95811-7025 |

| | | |
|---|---|---|
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Fred E. Moore, Esq.<br>801 11th Street West<br>Bradenton, FL 34205-8432 | GE Healthcare<br>c/o Richard P. Joblove, Esq.<br>12372 Southwest 82nd Ave.<br>First Floor<br>Miami, FL 33156-5223 |
| Gurley Vitale, P.A.<br>Attn: J. Ben Vitale, Esq.<br>601 S. Osprey Ave.<br>Sarasota, FL 34236-7526 | Huntington Tech. Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | IberiaBank<br>PO Box 53207<br>Lafayette, LA 70505-3207 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Key Equipment Finance Inc.<br>1000 South McCaslin Blvd.<br>Superior, CO 80027-9441 | LiftForward, Inc.<br>c/o LF Collateral SPV I, LLC<br>180 Maiden Lane, 10th Floor<br>New York, NY 10038-5178 |
| Lysoft Media<br>c/o Colonial Funding Network<br>120 West 45th Street<br>New York, NY 10036-4195 | Macquarie Equipment Finance<br>2285 Franklin Rd., Ste. 100<br>Bloomfield Hills, MI 48302-0363 | McKesson Corporation<br>401 Mason Road<br>La Vergne, TN 37086-3243 |
| Medicare Part B Cash Mgmt<br>c/o First Coast Srvc Options<br>PO Box 44141<br>Jacksonville, FL 32231-4141 | Merchant Cash & Capital LLC<br>450 Park Ave. S., 11th Floor<br>New York, NY 10016-7320 | National Radiology Sol Group<br>101 Alycia Drive<br>Richmond, KY 40475-2368 |
| Navitas Credit Corp.<br>P.O. Box 935204<br>Atlanta, GA 31193-5204 | Navitas Lease Corp. ISAOA<br>111 Executive Dr., Ste. 102<br>Columbia, SC 29210-8414 | Nicole Richardson<br>c/o Matthew W. Birk, Esq.<br>309 NE 1st Street<br>Gainesville, FL 32601-5310 |
| Pamela Rizzo-Alderson<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., Ste. 400<br>St. Petersburg, FL 33701-4356 | Quarterspot Inc.<br>4601 N Fairfax Dr, Ste 1120<br>Arlington, VA 22203-1547 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Secured Lender Solutions LLC<br>PO Box 2576<br>Springfield, IL 62708-2576 | Stress Free Capital, LLC<br>2501 Hollywood Blvd, Ste 210<br>Hollywood, FL 33020-6632 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| US Dept of Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | US Dept of Treasury<br>PO Box 979101<br>St. Louis, MO 63197-9000 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Vangaurd Medical Mgmt LLC<br>c/o Jay P. Lechner, Esq.<br>One Progress Plaza<br>200 Central Ave., #400<br>St. Petersburg, FL 33701-4356 | Yellowstone Capital, LLC<br>30 Broad Street<br>14th Floor, Ste. 1462<br>New York, NY 10004-2304 | Yes Funding Services, LLC<br>c/o Douglas Robinson, Esq.<br>122 East 42nd St., Ste. 2112<br>New York, NY 10168-2100 |

| | | |
|---|---|---|
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Michael S Waskiewicz +<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| Justin M. Luna +<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Megan Wilson Murray +<br>Trenam Kemker<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Daniel A Velasquez +<br>Latham Shuker Eden Beaudine LLP<br>111 N. Magnolia Avenue<br>Suite 1400<br>Orlando, FL 32801-2367 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    2<br>Total                 68 |