ORDERED.

Dated: April 23, 2018

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.: 3:18-bk-01164-JAF |
| **EIHAB H. TAWFIK, M.D., P.A.,** | CHAPTER 11 |
| Debtor. _____/ | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY**
**TO PAY PREPETITION COMPENSATION AND BENEFITS**

**THIS CASE** came on for emergency preliminary hearing on April 16, 2018 ("Hearing"), upon the emergency motion of **EIHAB H. TAWFIK, M.D., P.A.** ("Debtor"), for authority to pay prepetition compensation, salaries, and benefits to its employees (the "Motion"), filed on April 12, 2018 (Doc No. 10). Upon consideration of the Motion and the arguments of counsel present at the Hearing, it is hereby

**ORDERED:**

1. The Motion is **GRANTED** to the extent provided herein.

2.	Debtor may pay prepetition compensation, salaries, and benefits to its employees for the pay period of March 25, 2018 through April 7, 2018 (the "April 13 Pay Period"), and the wages for three-day prepetition period of April 8, 2018 through April 10, 2018 (the "April 27 Pay Period") (collectively referred to herein as the "Prepetition Pay Periods") incurred in the ordinary course of business, which amount is estimated to be approximately $49,521.98 for the Prepetition Pay Period.

3.	However, no payments may be made to Dr. Eihab Tawfik for such pre-petition salary, compensation or benefits for the Prepetition Pay Period without further order from this Court.

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.