ORDERED.

Dated: April 24, 2018

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 3:18-bk-01164-JAF** |
| **EIHAB H. TAWFIK, M.D., P.A.,** | **CHAPTER 11** |
| **Debtor.** _____/ | |

**INTERIM ORDER DENYING DEBTOR'S MOTION FOR AUTHORITY
TO PAY OFFICER AFFILIATE**

**THIS CASE** came on for emergency preliminary hearing on April 16, 2018 (the "Hearing"), upon the motion ("Motion") filed on April 12, 2018 (Doc No. 11) of **EIHAB H. TAWFIK, M.D., P.A.** (the "Debtor"), pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), Federal

Rule of Bankruptcy Procedure 4001(b)(1), and Local Rule 2081-1(f)(6), requesting authority to pay the salary of Eihab H. Tawfik, who is both an officer and affiliate of the Debtor.

Upon consideration of the Motion, and being otherwise fully informed on the premises, it is

**ORDERED:**

1. The Motion is **DENIED**, without prejudice and extent provided herein.

2. Debtor is not authorized to pay officer affiliate compensation as sought in the Motion until further order by this Court.

3. **A final evidentiary hearing on Motion will be held on May 24, 2018 at 1:30 p.m.**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 North Hogan Street, 4th Floor, Courtroom 4D, Jacksonville, FL 32202.

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.