# United States Bankruptcy Court
## Middle District of Florida

In re  **Eihab H. Tawfik, M.D., P.A.**                          Case No.  **3:18-bk-01164-JAF**
                                   Debtor(s)                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Eihab H. Tawfik, M.D., P.A.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5-2-18
Date

**Justin M. Luna 0037131**
Signature of Attorney or Litigant
Counsel for   **Eihab H. Tawfik, M.D., P.A.**
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353
(407) 481-5800 Fax:(407) 481-5801