FILED VIA MAIL
JACKSONVILLE, FLORIDA

MAY 10 2018

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                   Case No. 3:18-bk-01164-JAF

EIHAB H TAWFIK, M.D., P.A.,

    Debtor.

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 9010(b), 2002, 9007, and 9013 of the Federal Rules of Bankruptcy Procedure, Joseph C. Crawford and the law firm of Smith, Gambrell & Russell, LLP, hereby enter their appearance as counsel on behalf of **Mohammed Ali Tawfik Alyouzbaki, M.D.**, in the above-styled case, and further request that all notices to be given in this Chapter 11 proceeding, and all papers served or required to be served in this Chapter 11 proceeding, be given to and served upon the undersigned at the following office address, telephone number, facsimile number and email address:

    Joseph C. Crawford
    Smith, Gambrell & Russell, LLP
    50 N. Laura Street, Suite 2600
    Jacksonville, Florida 32202
    Tel: (904) 598-6164
    Fax: (904) 598-6264
    Email: jcrawford@sgrlaw.com

Dated: May 9, 2018

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Joseph C. Crawford
Florida Bar No.: 124653
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6164
Fax: (904) 598-6264
Email: jcrawford@sgrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2018, I served a true and correct copy of the foregoing to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202, and to the parties listed on the service list below:

Justin M. Luna, Esq.
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353
Email: jluna@lseblaw.com

Daniel A. Velasquez, Esq.
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801
Email: dvelasquez@lseblaw.com
*Attorneys for Debtor*

_____
Joseph C. Crawford

2