UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

                                                            Chapter 11

Eihab H. Tawfik, M.D., P.A.,          Case No. 3:18-bk-01164-JAF

        Debtor(s).
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held before the Honorable Jerry A. Funk, United States Bankruptcy Judge, on **September 27, 2018, at 1:30 PM** in 4th Floor Courtroom 4D, Bryan Simpson United States Courthouse, 300 North Hogan St., Jacksonville, FL, to consider and act upon the following matter(s) and transact such other business that may come before the court:

> Chapter 11 Trustee's Emergency Motion for Contempt Sanctions Against Eihab H. Tawfik filed by Luis E. Rivera II (Doc. No. 175).

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

I HEREBY CERTIFY that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing was furnished via Notice of Electronic Filing through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case, including Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353, and U.S. Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602, and was provided by U.S. Mail and/or electronic mail to:

Eihab H. Tawfik, M.D., P.A.                Eihab H. Tawfik, M.D.
7394 West Gulf to Lake Highway       3118 N. Sheriff Dr.
Crystal River, FL 34429                      Beverly Hills, FL 34465
*Via U.S. Mail*                                       *Via U.S. Mail*

Michael J. Khouri, Esq.
Khouri Law
24012 Calle de la Plata, Suite 210
Laguna Hills, CA 92653
mkhouri@khourilaw.com
*Via U.S. Mail & Electronic Mail*

DATED, this day  26th   of September 2018.

       /s/ Luis E. Rivera II
Luis E. Rivera II
Chapter 11 Trustee
Post Office Box 1026
Fort Myers, Florida 33902-1026
239. 254.8466
trustee.rivera@gray-robinson.com