# EXHIBIT A

## Conveyed Property

1. All of Debtor's machinery, fixtures, inventory, furniture, and equipment, whether now owned or hereafter acquired, located at real property located at 7562 W. Gulf to Lake Hwy, Crystal River, Florida 34429, pursuant to a security agreement.

*Asset List to Follow*

## ASSET LIST

| *Make* | *Model* | *Serial No.* | *GE Identifier* |
|---|---|---|---|
| Phycon Medical, Inc. | Simsys Siascope | SN#000208 | |
| Phycon Medical Inc. | Microvas II 8 Channel MVT System | SN#N300007 | |
| Lenovo National | | SYS.3429CT<br>3429 CTO<br>71Y6957<br>64Y6939<br>71Y9684<br>71Y9536<br>89Y1679<br>64Y5953<br>OA57445<br>59Y0174<br>59Y0175<br>71Y9553<br>71Y9560<br>71Y9558<br>89Y0175<br>71Y9492<br>41T3505<br>27H5544<br>71Y6235<br>29R5297<br>71Y9803<br>41C9194 | |
| GE Healthcare | Millennium MG Nuc Med System | 50926 | 352564MG |
| GE Healthcare | Xeleris Nuc Med Work Station | CZC8396CGZ | 352564XEL1 |
| GE Healthcare | LightSpeed CT | 387820cn4 | 352564LS16 |
| GE Healthcare | GE MR | R3743 | 352564MR |
| GE Healthcare | AIRSYS 10KW MR CHILLER | CG10230382 | 352564MRCH1 |
| GE Healthcare | Definium 5000 X-Ray System | 1029937wk8 | 352564D5K |
| GE Healthcare | DS Mammography System () | 012386 | 352564DS |

| GE Healthcare | Logiq p6 Ultrasound | 196093SU9 | LP6196093 |
|---|---|---|---|
| GE Healthcare | GS LS 16 W/FX Workflow | | S7868CT |
| GE Healthcare | Console Kit, Smarvessel Analysis | | B7868LA |
| GE Healthcare | Autobone ON OP Console | | B7868AB |
| GE Healthcare | NR – 10KVA Partial UPS for CT Lightspeed and Lightspeed Pro | | E4502KY |
| GE Healthcare | 380/400/415/480V, 90A, 50/60HZ System Main Disconnect Panel | | E4502AB |
| GE Healthcare | CT Table Slicker for LS/HAS/CTI CT Systems | | E8016AM |
| GE Healthcare | CT Footswitch Slicker (EA) | | E8016AE |
| GE Healthcare | D 5000 480V_60HZ W_O DAP | | S1700JA |
| GE Healthcare | Definium 5000 Infrared Remote Control | | S1700JB |
| GE Healthcare | D5000 Automatic Collimator | | S1700JW |
| GE Healthcare | Weight Bearing Stand | | E7018D |
| GE Healthcare | Definium 5000 Elevating Mobile Table | | S1700JK |
| GE Healthcare | ICAD SLD V7.2 V4 W/US Licence | | S30331GP |
| GE Healthcare | Ergonomic & Flexible Compr.Paddle | | S30321SZ |
| GE Healthcare | 30 AMP Senographe DS/Essential Main Disconnect Panel | | E4502S |
| GE Healthcare | Vidar Diagnostic Pro Advantage Digitizer | | E8250MC |
| GE Healthcare | Certified Seno DS | | L3032PG |

| GE Healthcare | GS Mill MG Int X3 | | S8007GS |
| --- | --- | --- | --- |
| GE Healthcare | NR – 2 KVA UPS for Nuclear Medicine and Ultrasound | | E4502KB |
| GE Healthcare | Rec. Nuclear Trng. – Int. Sys | | W0100NM |
| GE Healthcare | LP6 BT11 for USA | | H46242LI |
| GE Healthcare | CWD Kit for P6 | | H46032LF |
| GE Healthcare | ECG Kit LHI AHA Cable LP6 | | H46102LJ |
| GE Healthcare | FC389, ECG Cable Set | | H45521AL |
| GE Healthcare | UP D897 Printer with Paper | | H44492LB |
| GE Healthcare | BW Printer Fixture KBD | | H44442LT |
| GE Healthcare | DVD Recorder USA | | H48711E |
| GE Healthcare | DVO 1000 MD Fixture Top | | H46682LK |
| GE Healthcare | 4C Probe | | H4904PC |
| GE Healthcare | E8C Probe Type (Exp) | | H40412LE |
| GE Healthcare | 8L Probe | | H4001DB |
| GE Healthcare | 11L Probe | | H40412LY |
| GE Healthcare | 3SP Probe | | H46222LE |
| GE Healthcare | P2-D Probe | | H4830JE |
| GE Healthcare | P6 8T09 DICOM 3.0 | | H46092LN |
| GE Healthcare | P6 8T09 TVI / Qanaysis | | H46102LC |
| GE Healthcare | Connect Pro Plus Bar Code EX | | S7502JS |
| GE Healthcare | MR Accessories Kit | | E920DAG |
| GE Healthcare | MR Genesis IV Music Systm | | E8823M |
| GE Healthcare | MR Accessories Kit | | S7502TZ |
| GE Healthcare | Sumitomo Compressor Kit | | M1060JW |

| | | | |
|---|---|---|---|
| GE Healthcare | Excite II FXD Cable Collctr-Config A | | M3143PD |
| GE Healthcare | NR-25KAIC MR 3T & 1.5T Signa Main Disconnect Panel with Shield Cooler Co | | E4502SP |
| GE Healthcare | 10 KW Air-Cooled Chiller | | M3088TL |
| GE Healthcare | Wide Operator Table Monitor | | M1000MW |
| GE Healthcare | Phantom Cart | | M3335CA |
| GE Healthcare | English Warning Sign Kit | | M1000LH |
| GE Healthcare | Excite GS Lang AM | | M3000BE |
| Business Network Solutions | Sharp and HP Laserjet 4100 | | |
| Candelis | IG-LT1-R1B ImageGrid PACS Appliance W/2 x 1TB Drives | CRRFVV1 | |
| Candelis | IG-WS-1B Workstation for thin-client Mammography or Radiology | B02JXV1 | |
| Candelis | RX340-BK EIZO 3MP Medical Grade Display | 22659092, 22658092 | |
| Candelis | GX530-CL-P-BK EIZO 5MP Medical Grade Display | 21580042, 21581042 | |
| Candelis | RADICS UX1 Elzo Calibration Kit | | |
| Logos Management | Seven undercounter cabinets plus 16 feet pharmacy flex shelving | | |
| Logos Management | 32 feet of chemical proof counter tops | | |
| Logos Management | MMS software and 3 terminal pc | | |
| Smart Interiors | Custom Draperies | | |

| | | | |
|---|---|---|---|
| Smart Interiors | Lobby Furniture and Magazine Racks | | |
| Smart Interiors | 125 pieces of art work and 2 Water Features | | |
| Likwid | Network Router (Custom Built Likwid router) <br> 3 48 port cat5e network patch panels <br> 137 Patch cables for inside Closet <br> 87 network jacks (Cat5e) <br> 4 LG Gigabit Switches (24 port) <br> 50 Designated Phone Jacks (Cat5e) <br> 2 Netgear POE Switches for Phone Network (24 port) <br> 30 Exam Room Phones (GXP 1405) <br> 20 Office Phones (Aastra 9143i) <br> 1 45 U Relay Rack <br> 2 APC 1500 VA Rack mount UPS with 8 outlets | | |

| Manufacturer | Model | Description | Serial Number | Year | Condition | Notes |
|---|---|---|---|---|---|---|
| GE | Sigma 1.5t | MRI System | | 2013 | Poor | software version 11.1, Goldseal 2012, magnet s/n R3743, table date 2012, model 746-26530OG3, s/n 91250WH1, Gradient Amp 8915, 8 channel, field strength 1.5, Coils: HR Brain, standard head, 8 channel, neurovascular array, 2 channel TMI 3" round coils, 8 channel CTL array, 8 channel body array, quad knee coil, 3 channel shoulder array, 1.5 6P flex coil, |
| GE | LightSpeed 16 | CT Scanner | | n/a | Good | 311.191 revolutions, tube model 2378661, s/n 988407YM3, table gold seal date 2012, model 2335179-2, s/n 139699HM3, |
| GE | Definium 5000 | Digital Radiographic System | GEHC00450 | 2012 | Good | Year on digital plate is Dec 2014, year on system cabinet is Dec 2012, software version not available, positioner is model SEDECAL X-Plus, s/n GEHC00450 |
| GE | Semograph 228 1990, type D4192M | Mammography System | 130671TX1 | 2006 | Good | GE gold date Sept 2012, tube is Maxiray 100TH-M1, |
| GE | Millenium H3000ZH | Nuclear Medicine Camera | 50926 | 2011 | Good | Gantry s/n 8648, GE Gold Seal date 2012, computer model 5165263-XK, s/n GEK01138, processor for camera is Xeleris, s/n CZC8396CGZ, |
| Intercare DX | Vasocor 300 | Vascular Diagnostic Center | 5750100107 | 2013 | Good | |
| GE | Logic P6 | Ultrasound System | 196093349 | 2011 | N/I | software R3.0.6, transducers: 8L (qty 2), IIL, 4C, Transvag E8C, located at Spring Hill, FL office |
| GE | 9600 | C Arm | 62-0388 | 1998 | Good | specs not available, |
| GE | Logic P5 | Ultrasound System | A200701015 SYS | 2013 | Good | software release R4.0.4, 8L, IIL, 4C, Transvag E8C |
| Intercare DX | Vasocor 300 | Vascular Diagnostic Center | 5750100104 | 2013 | Good | |
| Daavlin | 3 Series PC322-48 | Phototherapy Full Body Cabinet | P3773-SNBPC-0048 | 2013 | Good | 48 UVB narrow band lamps, used in treating Psoriasis & Vitiligo |
| Agfa | Drystar 5367/100 | Dry Imager | 7149 | 2014 | Good | 14" x 17" |
| Phycon Medical | MicroVas 2 | Peripheral Neuropathy Treatment System | C205630 | 2013 | Good | |
| Medrad | QP100 | Single Injector | MCT&40418NARR | 2013 | Good | |
| MicroVas Tech | MicroVas 2 | Microneuro Vascular Treatment System | N300007 | 2008 | Good | |
| Phillips | Burton AIM-50 | Surgical Lamp | 6793886 | 2013 | Good | |
| Agfa | | Cart for Drystar Printer | | 2013 | Good | |

| Make | Model | Description | Serial Number | Year | Condition | Notes |
|---|---|---|---|---|---|---|
| Cadwell | Sierra 2 | Nerve Conduction Tester | 0402WV000149 | 2009 | Good | |
| Amsco | Eagle Ten, E10AP | Autoclave | 400397008 | 2007 | Good | |
| Halogic | QDR4500C | Bone Densitometer | 47225 | 2007 | Good | |
| GE | Case P2 | Stress System | SCF0624O0875A | 2012 | Good | HP 2010i LCD monitor, GE Series 2000 treadmill |
| Tosoh | A1A-900 | Hemo Analyzer | 10293304 | 2013 | Good | not functional, never in use |
| Horiba Medical | ABX Micro 6D | Hemotology Analyzer | 301C92435 | n/a | Good | |
| Medica | Easy RA | Chemical Analyzer | 3300001 | n/a | Good | not in use, operational |
| Laserex | LQP 3106 | Laser | not available | n/a | Good | |
| Zeiss | 30SL | Laser | 107786 | n/a | Good | |
| Coherent | Novus Omni | Laser Generator | 21390A3 | 1999 | Good | |
| Zeiss | IOL Master | Laser | 7740 | 2007 | Good | |
| Marco | 1 | Keratometer | 19110 | n/a | Good | |
| | | Optometry Exam Chair, stand & refractor | | n/a | Good | |
| TopCon | SL5D | Slit Lamp | 501801 | n/a | Good | |
| S4Optic | 2500 | Optometry Exam Chair, stand & refractor | | n/a | Good | |
| TopCon | SL3D, SL-3E | Slit Lamp | 630007 | n/a | Good | |
| TopCon | TRC-50EX | Retinal Camera | 1350361 | n/a | Good | |
| Humphrey | 745 | Vision Field Analyzer | 745-1193 | n/a | Good | |
| Marco | ARK900 | Keratometer | 14581 | 1996 | Good | |
| Diopsis-Nova | | Visual Evoked Potential System | | n/a | Good | |
| Midmark | 404 | Exam Table | | n/a | Good | |
| Seca | | Electronic Scale | | n/a | Good | |
| Healthometer | | Scale | | n/a | Good | 350 lb capacity |
| | | Exam Stools | | n/a | Good | |
| Ritter | 304 | Exam Table | | n/a | Good | |
| Ritter | 308 | Exam Table | | n/a | Good | |
| Ritter | 100 | Exam Table | | n/a | Good | |
| McKesson | | Blood Draw Chair | | n/a | Good | |
| Horizon | Mini-E | Centrifuge | | n/a | Good | 6 slot |
| Welch Allyn | | Light, Eye & Ear Exam | | n/a | Good | |
| Welch Allyn | Sure Temp | Thermometer | | n/a | Good | |
| Ritter | 104 | Exam Table | | n/a | Good | |
| Midmark | 104 | Exam Table | | n/a | Good | |
| Midmark | Podiatry 416 | Exam Chair | | n/a | Good | |
| Ritter | 100 | Exam Chair | | n/a | Good | |
| Midmark | 417 | Exam Chair | | n/a | Good | |
| Midmark | 404 | Exam Table | | n/a | Good | |
| Philips | Alice 6 DOM Lde | Sleep Diagnosis System, In Lab | | 2013 | N/I | located at Citrus Diabetes Center, Crystal River, FL |
| Philips | iE33 | Ultrasound System | O2RB7H | n/a | Good | Probe - S51 |
| Marquette | Mac1200 | ECG | 101073902 | n/a | Good | |
| Medrad | H5CPFR | Single Injector | 40153E | n/a | Fair | |
| Detecto | | Digital Scale | n/a | n/a | Good | 350 lb capacity |
| Summitt | Vista-AVS | Doppler Vascular System | VA002760 | n/a | Good | |

| | | | | |
|---|---|---|---|---|
| Omron | BP710N | Blood Pressure Monitor | | n/a | Good |
| Welch Allyn | Lxi | Vital Signs Monitor | 402094 | n/a | Good |
| Nidek | Opd-Scan II | Optical Topographer | 30263 | n/a | Good |
| Burton | 2021 | Lensometer | n/a | n/a | Good |
| Humphrey | | Lens Analyzer | 350-11742 | n/a | Good |
| M&S | Smart System | Visual Acuity Test System | n/a | n/a | Good |
| Zeiss | 4000 | Cirrus HD-OCT Spectral Domain | n/a | n/a | Good |
| | | Computers | | n/a | Good | (12) Dell Inspiron Laptops, (6) Dell Optiplex Desktops, (25) Lenova Thinkcentre M72, (5) Lenova Thinkcentre M92e, (30) Acer monitors, (2) EIZO 26" LCD monitors, Dell Precision T3600 PC, Dell 24" LCD monitor, Fujitsu fi-6130z scanner, values assume standard configurations |
| | | Office Furniture | | n/a | Good | (18) stacking chairs, fabric/metal, (38) stacking chairs, plastic, (28) task chairs, (2) 2 drawer file cabinets, (5) executive task chairs, (7) guest side chairs, (18) tables, glass/wood, (1) Frigidaire refrigerator, (2) Sharp Copier, (20) waiting room chairs, (1) storage cabinet, (1) Americana refrigerator, (1) Sharp Microwave, (2) 36" kitchen tables, (1) Whirlpool side by side refrigerator, (1) Whirlpool refrigerator, (1) loveseat, Frigidaire washer/dryer, (1) Sharp 72" HDTV, (1) Philips 42" HDTV |
| | | Miscellaneous Medical Equipment | | n/a | Good | (8) physical therapy tables, hazardous water disposal containers, sharps containers, (4) recliners |
| | | Conference Room | | n/a | Vgood | 10' x 3' table, wood, (10) Arm Chairs, leather/wood, sofa, 6', leather, side cabinet, 5' x 2;, 4 drawers, 4 doors, wood |
| | | Server Room | | n/a | Good | Server Cabinet, (5) Cat.5e 48 Port Hubs, (3) Netgear FS728TP 24 port Routers, (5) Netgear GS724T 24 port Routers, Dell Poweredge R720 Server, Dell Dimension E310 PC, Dell Poweredge 840 Server, APC Battery Back Up, NEC 20" LCD monitor, Altronix ALTV 2432600, unidentifed telephone system w/est 30 handsets |